| | |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | RUI WANG<br>Assistant United States Attorney |
| 4 | United States Courthouse<br>405 W. Congress Street, Suite 4800 |
| 5 | Tucson, Arizona 85701<br>Telephone: 520-620-7300 |
| 6 | Email: rui.wang@usdoj.gov<br>Attorneys for Plaintiff |

FILED
2025 JAN 29 PM 2: 05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-00604 TUC-JGZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Roy Lee Cherry, Jr.,<br><br>            Defendant. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(6), 924(a)(2), & 2<br>(Aiding & Abetting Making False Statements in Connection with Acquisition of Firearms)<br>Counts 1-2<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Possession of a Firearm and Ammunition by Prohibited Person)<br>Count 3<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 4<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c);<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNTS 1 & 2**

On or about the dates listed below, in the District of Arizona, Defendant ROY LEE CHERRY, JR. knowingly aided and abetted another individual to make false statements and representations in connection with the acquisition of firearms to the business listed

below, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that ROY LEE CHERRY, JR. aided and abetted another individual in claiming that individual was the actual transferee/buyer of the firearms, whereas in truth and fact, the other individual was knowingly acquiring the firearms on behalf of ROY LEE CHERRY, JR.:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 03/16/2023 | John's Guns & Ammo | Radikal GForce Arms MKX GF00 12-gauge shotgun |
| 2 | 03/21/2023 | John's Guns & Ammo | Pioneer Arms Sporter 7.62x39mm rifle |

In violation of Title 18, United States Code, Sections 2, 922(a)(6), 924(a)(2), and 2.

### COUNT 3

On or about June 5, 2023, in the District of Arizona, ROY LEE CHERRY, JR., knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: a Springfield XD40, .40 caliber semi-automatic pistol, and .40 caliber S&W ammunition.

### COUNT 4

On or about June 5, 2023, in the District of Arizona, ROY LEE CHERRY, JR. did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of Counts One and Two of this Indictment, defendant, ROY LEE CHERRY, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in the commission of the offense, including, but not limited to: one (1) Radikal GForce Arms MKX GF00 12-gauge shotgun, serial number 21-106234; and one (1) Pioneer Arms Sporter 7.62x39mm rifle, serial number PAC1189068.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: January 29, 2025

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
RUI WANG
Assistant U.S. Attorney